# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FILED**

UNITED STATES OF AMERICA

v.

RODNEY W. SMITH

Case No. 6:05-cr-189-Orl-28JGG

2007 FEB . 5  PM 4: 48

CLERK 6:05-cr-189-Orl-28JGG
MIDDLE DISTRICT FLORIDA
ORLANDO, FL

## ORDER ON REVOCATION OF SUPERVISED RELEASE
## AND ORDER OF COMMITMENT

This cause came before the Court on a Petition for Warrant or Summons for Offender Under Supervision filed November 16, 2006 (Doc. No. 18), initiated by the U.S. Probation Officer of this court as a result of the Probation Officer's belief that the defendant violated the conditions of his supervision. A preliminary hearing on violation of supervised release was held by Magistrate Judge Donald P. Dietrich on January 10, 2007.

The defendant appeared before this Court on February 2, 2007, with counsel, Clarence W. Counts, Jr. And the Assistant United States Attorney. After review of the file and hearing arguments of the parties through their counsel and hearing the defendant, this Court finds that the defendant has violated the conditions of supervised release.

It is **ORDERED AND ADJUDGED** that the defendant's supervised release term is hereby **REVOKED** and the defendant is to begin a new term of **Supervised Release** for a period of **6 Months**.

**DONE** and **ORDERED** at Orlando, Florida this ____ day of February, 2007.

JOHN ANTOON II
United States District Judge

Copies to:
United States Attorney
United States Marshal
United States Probation Office
United States Pretrial Services
Counsel for Defendant
Rodney W. Smith